```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  STEPHANIE KIMIKO KONO        ) Case No: CV 2:18-10739 AB (PLA)
                                 )
12     Plaintiff,                ) ORDER AWARDING EQUAL ACCESS TO
                                 ) JUSTICE ACT ATTORNEY FEES AND
13         v.                    ) EXPENSES, PURSUANT TO 28 U.S.C.
                                 ) § 2412 (d)AND COSTS.
14                               )
                                 )
15  ANDREW M. SAUL,              )
    Commissioner of Social Security )
16  Administration,              )
                                 )
17     Defendant.                )
                                 )
18
19  _____
20
21       Based upon the parties' Stipulation for the Award and
22  Payment of Equal Access to Justice Act Fees, Costs, and Expenses,
23  **IT IS ORDERED** that fees and expenses in the amount of $4,500.00
24  /
25  /
26  /
27  /
28  /

                                    1
```

as authorized by 28 U.S.C. § 2412, AND COSTS IN THE AMOUNT OF $400.00, be awarded subject to the terms of the Stipulation.

IT IS SO RECOMMENDED:

DATED: February 20, 2020

_____
THE HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED:

DATED: February 21, 2020

_____
THE HONORABLE ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE